AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| STROM ENGINEERING CORP. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:12-cv-035 |
| INTERNATIONAL FIBER CORP. | ) | JUDGE THOMAS M. ROSE |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: 

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge Thomas M. Rose on a motion for Summary Judgment   Plaintiff's Motion for Summary Judgment, doc. 27, is GRANTED with regard to Strom's claims under the contract with regard to all invoices except 14688 and 14244.  Summary judgment is GRANTED to Plaintiff on Plaintiff's unjust enrichment claim with regard to invoice 14244.  Summary judgment is GRANTED to Defendant with regard to Plaintiff's breach of contract claim for invoice 14244.  Defendant's Motion for Summary Judgment, doc. 26, is DENIED in all other regards.  Plaintiff's Motion for Summary Judgment, doc. 27, is GRANTED with regard to International Fiber's counterclaims for tortious interference, faithless servant and misrepresentation.

Date: 01/29/2014

JOHN P. HEHMAN
**CLERK OF COURT**

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western    DIVISION

| | |
|---|---|
| STROM ENGINEERING CORP. | : |
| *Plaintiff* | : |
| | : |
| vs | : Case Number:  3:12-cv-035 |
| | : |
| INTERNATIONAL FIBER CORP. | : JUDGE THOMAS M. ROSE |
| *Defendant* | : |

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____01/29/2014_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK

By: ___s/Tempann Thomas___
        Deputy Clerk